# UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

UNITED STATES OF AMERICA

v.

**PABLO B. RODRIGUEZ**

WARRANT FOR ARREST

Case Number: 04M-1014-JGD

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __**PABLO B. RODRIGUEZ**__
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  XX COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITION

CHARGING HIM WITH (brief description of offense)

knowingly and intentionally conspiring between and among themselves and with others to possess with intent to distribute and to distribute a quantity of marijuana, a Schedule I controlled substance,

in violation of Title United States Code, Section(s) 846_____.

Judith Dein                                              US Magistrate Judge
Name of Issuing Officer                                  Title of Issuing Officer

[signature]                                              March 11, 2004 at Boston, Massachusetts
Signature of Issuing Officer                             Date and Location

Bail fixed at $ _____              BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |