UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA  )<br>)<br>v.                                       )<br>)<br>PABLO RODRIQUEZ              )<br>)| Criminal No. 04M-1014-JGD |

## NOTICE OF APPEARANCE

NOW COMES, Joseph S. Oteri, who hereby enters his appearance as local counsel in the above-captioned matter on behalf of Pablo Rodriquez.

Respectfully submitted,
BY HIS ATTORNEY:

JOSEPH S. OTERI,
MASS. BAR NO. 380865
OTERI & LAWSON, P.C.
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700
(617) 338-9538 (FAX)

DATED: April 8, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on Assistant United States Attorney Robert Peabody via hand-delivery on April 8, 2004.

Joseph S. Oteri