Peter B. Keller, Esq.
Law Office of Peter B. Keller
115 West Washington Street
Tucson, Arizona 85701
Tel: (520) 622-3909
Fax: (520) 628-8010
Arizona State Bar No. 003948

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>vs. )<br>)<br>)<br>PABLO B. RODRIGUEZ, )<br>)<br>Defendant. )<br>) | Case No. 04M-1014-JGD<br>Criminal Complaint No. 04-01776M<br><br>MOTION TO CONTINUE<br>INITIAL APPEARANCE |

The Defendant Pablo B. Rodriguez hereby moves to continue the initial appearance before this Court pursuant to Rules 5 and 40 of the Federal Rules of Criminal Procedure for the reason that the parties are engaged in negotiations which may result in a disposition under Rule 20 of the Federal Rules of Criminal Procedure. Counsel has discussed this proposal with Assistant United States Attorney Robert Peabody, who expresses no objection to this motion.

It is understood that this request will result in delay, and that such delay will be excludable in computing the time within which any indictment must be filed or within which any trial must commence, pursuant to 18 U.S.C. §3161(h)(1).

///

The Defendant waives any objection based on this requested delay.

**RESPECTFULLY SUBMITTED** this ___7___ day of April, 2004.

_____
Peter B. Keller, Esq.


I, Monica Y. Cortes hereby certify that a copy of the foregoing Motion to Continue Initial Appearance was mailed this ___7___ day of __April__, 2004 to:

Robert Peabody, Esq.
Assistant United States Attorney
Moakley United States Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Joseph S. Oteri, Esq.
Oteri, Weinberg & Lawson
20 Park Plaza, Suite 905
Boston, Massachusetts 02116

_____
Monica Y. Cortes