UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
04M-1014-JGD

UNITED STATES OF AMERICA

v.

PABLO RODRIGUEZ

## ORDER

April 22, 2004

DEIN, M.J.

Pursuant to Rules 7.1(d) and (e) of the Local Rules of this Court (effective September 1, 1990), and upon review of the relevant pleadings, to the extent that the defendant, by way of his Motion to Continue Initial Appearance seeks to continue the date for that appearance, the motion is allowed, and the Initial Appearance shall be held on May 13, 2004 at 3:00 P.M.

To the extent, however, that the defendant, by way of that motion, seeks excludable time under the Speedy Trial Act, this court does not have the authority to grant the relief requested, and that matter - relating to the period of time within which an indictment must be brought - must be brought to the miscellaneous business docket under the Plan for Prompt Disposition of Criminal Cases in the United States District Court for the District of Massachusetts, Section II(6)(c)(1).

                                                  / s / Judith Gail Dein
                                                  Judith Gail Dein

United States Magistrate Judge