UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PABLO RODRIGUEZ )<br>) | Criminal No.: 04M-1014-JGD<br><br>FILING FEE PAID:<br>RECEIPT # 55/94<br>AMOUNT $ 50.00<br>BY DPTY CLK<br>DATE 4/13/04 |

## MOTION TO APPEAR PRO HAC VICE

NOW COMES Peter B. Keller, Attorney at Law, and a member of the bar of the State of Arizona, requesting permission to appear *Pro Hac Vice* on behalf of the defendant, Pablo Rodriguez. In support of this motion, Joseph S. Oteri would show this Honorable Court the following:

1. that Joseph S. Oteri is a member of the bar of this court and in good standing;

2. that Peter B. Keller has been admitted to practice law in the State of Arizona since October 6, 1974;

3. that there are no disciplinary proceedings pending against Mr. Keller as a member of the bar in any jurisdiction; and

4. that Mr. Keller is familiar with the Local Rules of this District

WHEREFORE, Joseph S. Oteri moves for the admission of Mr. Keller, *Pro Hac Vice*, to defend Pablo Rodriguez.

Respectfully submitted,
BY HIS ATTORNEY,

*[signature]*

JOSEPH S. OTERI
BAR# 380865
OTERI & LAWSON, P.C.
20 Park Plaza, Suite 905
Boston, MA 02116
(617) 227-3700
(617) 338-9538 (Fax)

DATED: April 13, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon Robert L. Peabody, Assistant United States Attorney, One Courthouse Way, Suite 9200, Boston, MA, 02210 by U.S. mail this 13th day of April, 2004.

*[signature]*

Joseph S. Oteri