Peter B. Keller, Esq.
Law Office of Peter B. Keller
115 West Washington Street
Tucson, Arizona 85701
Tel: (520) 622-3909
Fax: (520) 628-8010
Arizona State Bar No. 003948

## UNITED STATES DISTRICT COURT

### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> PABLO RODRIGUEZ, ) <br> ) <br> Defendant. ) <br> ) | Case No. 04M-1014-JGD <br> Criminal Complaint No. 04-01776M <br><br> CERTIFICATE OF <br> PETER B. KELLER |

Pursuant to Rule 83.5.3 of the Local Rules of this Court, the undersigned Peter B. Keller hereby certifies to this Court that :

1. He has been a member of the State Bar of Arizona continuously since October 6, 1974

2. There are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction.

3. He is familiar with the Local Rules of this District.

4. He is associated *pro hac vice* with a member of this Court, whose notice of appearance and motion for permission to appear on behalf of undersigned counsel accompanies this Certificate.

**RESPECTFULLY SUBMITTED** this 7 day of April, 2004.

_____
Peter B. Keller, Esq.

I, Monica Y. Cortes hereby certify that a copy of the foregoing Certificate of Peter B. Keller, Esq. was mailed this \_\_\_ day of April_____, 2004 to:

Robert Peabody, Esq.
Assistant United States Attorney
Moakley United States Courthouse
1 Courthouse Way
Boston, Massacusetts 02210

Joseph S. Oteri, Esq.
Oteri, Weinberg & Lawson
20 Park Plaza, Suite 905
Boston, Massachusetts 02116

_____
Monica Y. Cortes