IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| | ) | No. 04-M-1014-JGD |
| UNITED STATES OF ARIZONA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PABLO RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

_____)

## MOTION TO AMEND CONDITIONS OF RELEASE

It is expected that excludable delay under Title 18, United States Code, § 3161(h) (1) (F) will occur as a result of this motion or an order based thereon.

The Defendant, Pablo Rodriguez, hereby requests an amendment of his conditions of release to allow him to travel outside of Arizona, to Cananea, Naco, and Nogales, cities in Sonora, Mexico in order to complete inspection and paperwork for a transaction related to a materials provider for his granite business. It is proposed that such travel be limited to specific dates to be approved in advance by Pre-Trial Services with advance notice to counsel for the United States.

Counsel has telephoned the office of Robert Peabody, Esq., the Assistant United States Attorney handling this matter. Mr. Peabody will be out of the office until August 25, 2004; at this time counsel is not able to report the Government's position on this request.

Mr. Rodriguez has complied with all conditions of his release under the supervision of

the Tucson office of United States Pre-Trial Services.

Defendant will execute a waiver of extradition if this motion is allowed.

RESPECTFULLY SUBMITTED
By His Attorneys:

/s/ Peter B. Keller
Peter B. Keller, Esq,.
115 W. Washington St.
Tucson, AZ 85701
520-622-3909

/s/ Joseph S. Oteri
Joseph S. Oteri
Oteri Weinberg & Lawson
20 Park Plaza, Suite 905
Boston, MA 02116
Date: August 18, 2004                         617-227-3700

CERTIFICATE OF SERVICE

I, Joseph S. Oteri, hereby certify that a copy of the foregoing Motion to Amend Conditions of Release was forwarded via U.S. Postal Service this 18th day of August, 2004, to Alma Lopez, United States Pre-Trial Services, United States District Court, 405 West Congress Street, Suite 2600, Tucson, Arizona 85701