IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF ARIZONA, ) | |
| ) | |
| Plaintiff, ) | No. 04-M-1014-JGD |
| ) | |
| vs. ) | |
| ) | |
| PABLO RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

MOTION TO AMEND CONDITIONS
OF RELEASE

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

The Defendant Pablo Rodriguez hereby requests an amendment of his conditions of release to allow him to travel outside of Arizona to Las Vegas, Nevada in order to attend an exposition related to materials for his granite business on October 21, 2004, and return to Tucson, Arizona on October 24, 2004.

Counsel has telephoned the office of Robert Peabody, Esq., the Assistant United States Attorney handling this matter, but has yet to receive a response.

Counsel has also contacted Alma Lopez of United States Pre-Trial Services; Ms. Lopez has no objection to this request.

Mr. Rodriguez has complied with all conditions of his release under the supervision of the Tucson office of United States Pre-Trial Services.

Defendant will execute a waiver of extradition if this motion is allowed.

                              RESPECTFULLY SUBMITTED
                              By His Attorneys:

                              */s/ Peter B. Keller*
                              Peter B. Keller, Esq,.
                              115 W. Washington St.
                              Tucson, AZ 85701
                              520-622-3909

                              */s/ Joseph S. Oteri*
                              Joseph S. Oteri
                              Oteri Weinberg & Lawson
                              20 Park Plaza, Suite 905
                              Boston, MA 02116
Date: October 18, 2004          617-227-3700

## CERTIFICATE OF SERVICE

     I, Joseph S. Oteri, hereby certify that a copy of the foregoing Motion to Amend Conditions of Release was forwarded via U.S. Postal Service this 18th day of October, 2004, to Alma Lopez, United States Pre-Trial Services, United States District Court, 405 West Congress Street, Suite2600, Tucson, Arizona 85701