IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF ARIZONA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 04-M-1014-JGD |
| | ) | |
| vs. | ) | MOTION TO AMEND |
| | ) | CONDITIONS OF RELEASE |
| PABLO RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

It is expected that excludable delay under Title 18, United States Code, § 3161(h)(1)(F) will occur as a result of this motion or an order based thereon.

The Defendant Pablo Rodriguez hereby requests an amendment of his conditions of release to allow him to travel outside of Arizona to Queretaro, Mexico from April 21, 2005 and returning to Tucson, Arizona on April 30, 2005 in order to attend to matters related to materials for his granite business.

Counsel has telephoned the office of the Assistant United States Attorney in Boston, Massachusetts. AUSA Rachel Hershfang takes no position with regard to this request.

Counsel has also contacted Alma Lopez of United States Pre-Trial Services. Ms. Lopez has no objection to this request.

Mr. Rodriguez has complied with all conditions of his release under the supervision of the Tucson office of United States Pre-Trial Services.

Defendant will execute a waiver of extradition if this motion is allowed.

      RESPECTFULLY SUBMITTED this 19th day of April, 2005.


            */s/ Peter B. Keller*
            Peter B. Keller, Esq.
            Attorney for Defendant Pablo Rodriguez
            115 W. Washington St.
            Tuscon, AZ 85701
            520-622-3909


            */s/ Joseph S. Oteri*
            Joseph S. Oteri
            Local Counsel for Defendant Pablo Rodriguez
            20 Park Plaza, Suite 905
            Boston, MA 02116
            617-227-3700

*/s/ Alma Lopez*
Alma Lopez
United States Pre-Trial Services
United States District Courthouse
405 West Congress Street, Suite2600
Tucson, Arizona 85701


## CERTIFICATE OF SERVICE

      I, Joseph S. Oteri, hereby certify that a copy of the foregoing Motion to Amend Conditions of Release was forwarded via U.S. Postal Service this 19th day of April, 2005, to Alma Lopez, United States Pre-Trial Services, United States District Court, 405 West Congress Street, Suite2600, Tucson, Arizona 85701